| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Norrenberns Foods, Inc.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | **21-30825** |

☐ Check if this is an amended filing

## Official Form 207
### Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other | $5,805,748.00 |
   | **For year before that:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other | $4,806,854.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|---|
   | 3.1. | **See Attachment Hereto** | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

| Debtor | **Norrenberns Foods, Inc.** | Case number *(if known)* **21-30825** |
|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **None Other than Payroll in Amounts Set forth on Attachment** | | $0.00 | |

5. **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Citizens Community Bank 9 East Main Street Mascoutah, IL 62258** | **Equipment, Inventory and Other Assets Related to Prior Freeburg, IL store** | | $0.00 |

6. **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **United Food and Commercial Works Pension Fund v. Norrenberns Foods 2018-cv-1631** | **Suit on Unfunded Pension Liability** | **Northern District of Illinois Chicago IL** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.2. | | | | ☐ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

| Date | Transaction Description | Src | Cost/Value |
|---|---|---|---|
| 9/7/2021 | 16436 CHRISTIAN HEALTHCARE MIN | VP | (1,548.00) |
| 9/7/2021 | ACH Associated WholeCCD | JE | (1,244.40) |
| 9/7/2021 | 16438 DELTA DENTAL | VP | (292.01) |
| 9/7/2021 | 90721 WISPER ISP, INC | VP | (45.00) |
| 9/7/2021 | 16437 TRUASSURE | VP | (42.40) |
| 9/8/2021 | Transfer to DDA | JE | (1,674.73) |
| 9/9/2021 | 16443 TRIPLE STICKS FOODS, LLC | VP | (4,498.03) |
| 9/9/2021 | 90921 kuna | VP | (1,821.13) |
| 9/9/2021 | 16442 TRIPLE STICKS FOODS, LLC | VP | (1,744.35) |
| 9/9/2021 | MIDCONTINENT PAPER | VP | (1,571.78) |
| 9/9/2021 | Transfer to DDA | JE | (1,565.95) |
| 9/9/2021 | 16441 TRIPLE STICKS FOODS, LLC | VP | (902.92) |
| 9/9/2021 | WEINLAND REF SERVICE INC. | VP | (441.95) |
| 9/9/2021 | COAST TO COAST EQUIP & SUPPLIE | VP | (103.91) |
| 9/10/2021 | Direct Debit | PE | (3,748.11) |
| 9/12/2021 | 81821 CAPITAL ONE | VP | (252.82) |
| 9/13/2021 | 9132021 AWG | VP | (46,982.19) |
| 9/13/2021 | ACH Associated WholeCCD | JE | (368.67) |
| 9/13/2021 | 91321 VERIZON | VP | (281.44) |
| 9/15/2021 | 16447 RESTAURANT DEPOT | VP | (792.50) |
| 9/15/2021 | 91521 AFLAC | VP | (382.68) |
| 9/16/2021 | KOERNER DISTRIBUTOR INC. | VP | (1,873.40) |
| 9/16/2021 | BREAKTHRU BEVERAGE | VP | (1,844.44) |
| 9/16/2021 | MIDCONTINENT PAPER | VP | (1,386.61) |
| 9/16/2021 | SOUTHERN GLAZER'S OF IL | VP | (1,015.10) |
| 9/16/2021 | C.E.C. SERVICES | VP | (800.00) |
| 9/16/2021 | WEINLAND REF SERVICE INC. | VP | (493.50) |
| 9/16/2021 | CLEAN UNIFORM | VP | (243.66) |
| 9/16/2021 | Transfer to DDA | JE | (158.91) |
| 9/16/2021 | R SAX | VP | (141.95) |
| 9/16/2021 | MASCOUTAH ACE HARDWARE | VP | (21.87) |
| 9/16/2021 | tylex Inc. | VP | (11.99) |
| 9/17/2021 | Direct Debit | PE | (4,297.43) |
| 9/20/2021 | 9202021 AWG | VP | (67,849.76) |
| 9/20/2021 | ACH Associated WholeCCD | JE | (238.66) |
| 9/22/2021 | Transfer to DDA | JE | (4,308.20) |
| 9/22/2021 | 16451 STAMM PEST CONTROL | VP | (160.00) |
| 9/22/2021 | 82821 USPS | VP | (26.42) |
| 9/22/2021 | 91121 USPS | VP | (26.42) |
| 9/22/2021 | 90421 USPS | VP | (26.29) |
| 9/23/2021 | MIDCONTINENT PAPER | VP | (625.62) |
| 9/23/2021 | Herald Publications | VP | (276.79) |
| 9/23/2021 | Transfer to DDA | JE | (219.59) |
| 9/23/2021 | SBA COMPUTERS INC. | VP | (160.00) |
| 9/23/2021 | DARLING INGREDIENTS INC. | VP | (61.80) |
| 9/23/2021 | CLEAN UNIFORM | VP | (39.20) |

| Date | Description | Type | Amount |
|---|---|---|---|
| 9/24/2021 | Direct Debit | PE | (3,702.44) |
| 9/27/2021 | 9272021 AWG | VP | (58,601.06) |
| 9/27/2021 | 92921 kuna | VP | (1,282.76) |
| 9/27/2021 | ACH Associated WholeCCD | JE | (725.46) |
| 9/28/2021 | 16452 RESTAURANT DEPOT | VP | (947.20) |
| 9/28/2021 | 92821 HARTFORD INS | VP | (770.86) |
| 9/29/2021 | EDI PAYMNTSIL DEPT OF REVENCCD | JE | (2,500.00) |
| 9/30/2021 | SOUTHERN GLAZER'S OF IL | VP | (1,226.25) |
| 9/30/2021 | MIDCONTINENT PAPER | VP | (843.50) |
| 9/30/2021 | KOERNER DISTRIBUTOR INC. | VP | (678.85) |
| 9/30/2021 | BREAKTHRU BEVERAGE | VP | (477.26) |
| 9/30/2021 | Transfer to DDA | JE | (208.22) |
| 9/30/2021 | CLEAN UNIFORM | VP | (66.96) |
| 9/30/2021 | ATLAS ALARM CO. | VP | (40.00) |
| 9/30/2021 | ECHOSAT/PDI | VP | (35.94) |
| 10/1/2021 | Direct Debit | PE | (3,820.07) |
| 10/1/2021 | 2000 dcs | JE | (2,000.00) |
| 10/4/2021 | 10042021 AWG | VP | (60,353.34) |
| 10/4/2021 | 100421 BELL INSURANCE | VP | (4,016.92) |
| 10/5/2021 | 92221 phillips 66 | VP | (939.08) |
| 10/5/2021 | 100521 WISPER ISP, INC | VP | (45.00) |
| 10/6/2021 | 16453 WEINLAND REF SERVICE INC | VP | (3,686.43) |
| 10/7/2021 | MIDCONTINENT PAPER | VP | (907.73) |
| 10/7/2021 | SBA COMPUTERS INC. | VP | (40.00) |
| 10/7/2021 | CLEAN UNIFORM | VP | (39.88) |
| 10/8/2021 | Direct Debit | PE | (3,709.37) |
| 10/11/2021 | 101121 AWG | VP | (58,791.32) |
| 10/12/2021 | 91721 CAPITAL ONE | VP | (1,212.88) |
| 10/13/2021 | 16458 CITY OF MASCOUTAH | VP | (13,424.37) |
| 10/13/2021 | 16462 CHRISTIAN HEALTHCARE MIN | VP | (1,548.00) |
| 10/13/2021 | 16454 TRIPLE STICKS FOODS, LLC | VP | (1,316.29) |
| 10/13/2021 | 16463 RESTAURANT DEPOT | VP | (1,094.30) |
| 10/13/2021 | 16455 WASTE MANAGEMENT | VP | (335.18) |
| 10/13/2021 | 16460 DELTA DENTAL | VP | (292.01) |
| 10/13/2021 | 16456 TOSHIBA AMERICA BUSINESS | VP | (169.97) |
| 10/13/2021 | 16457 WELLS FARGO LEASING | VP | (156.00) |
| 10/13/2021 | 16461 TRUASSURE | VP | (42.40) |
| 10/14/2021 | BREAKTHRU BEVERAGE | VP | (1,338.32) |
| 10/14/2021 | SOUTHERN GLAZER'S OF IL | VP | (1,308.00) |
| 10/14/2021 | KOERNER DISTRIBUTOR INC. | VP | (766.25) |
| 10/14/2021 | MIDCONTINENT PAPER | VP | (602.18) |
| 10/14/2021 | COAST TO COAST EQUIP & SUPPLIE | VP | (103.91) |
| 10/14/2021 | CLEAN UNIFORM | VP | (66.96) |
| 10/15/2021 | Direct Debit | PE | (3,881.64) |
| 10/15/2021 | 101321 AFLAC | VP | (382.68) |
| 10/15/2021 | 101521 VERIZON | VP | (281.02) |
| 10/18/2021 | 10182021 AWG | VP | (66,523.27) |

| Date | Description | Type | Amount |
|---|---|---|---|
| 10/19/2021 | 16464 RESTAURANT DEPOT | VP | (218.04) |
| 10/20/2021 | 16465 WEINLAND REF SERVICE INC | VP | (7,200.00) |
| 10/21/2021 | C.E.C. SERVICES | VP | (640.00) |
| 10/21/2021 | CLEAN UNIFORM | VP | (39.20) |
| 10/22/2021 | Direct Debit | PE | (3,795.35) |
| 10/25/2021 | 10252021 AWG | VP | (58,136.82) |
| 10/25/2021 | 16466 WEINLAND REF SERVICE INC | VP | (3,600.00) |
| 10/25/2021 | 100821 kuna | VP | (1,830.60) |
| 10/26/2021 | 16471 TRIPLE STICKS FOODS, LLC | VP | (920.00) |
| 10/26/2021 | 16470 RESTAURANT DEPOT | VP | (763.21) |
| 10/26/2021 | 16472 CHARTER COMMUNICATIONS | VP | (504.89) |
| 10/26/2021 | 16467 Herald Publications | VP | (246.25) |
| 10/26/2021 | 16468 DARLING INGREDIENTS INC. | VP | (61.80) |
| 10/28/2021 | SOUTHERN GLAZER'S OF IL | VP | (1,759.87) |
| 10/28/2021 | MIDCONTINENT PAPER | VP | (1,713.86) |
| 10/28/2021 | 102821 HARTFORD INS | VP | (770.86) |
| 10/28/2021 | RIVERSIDE DISTRIBUTING CO. | VP | (711.83) |
| 10/28/2021 | KOERNER DISTRIBUTOR INC. | VP | (665.70) |
| 10/28/2021 | BREAKTHRU BEVERAGE | VP | (574.45) |
| 10/28/2021 | R SAX | VP | (150.88) |
| 10/28/2021 | LANZARINI CUTLERY | VP | (149.55) |
| 10/28/2021 | CLEAN UNIFORM | VP | (66.96) |
| 10/28/2021 | ATLAS ALARM CO. | VP | (40.00) |
| 10/28/2021 | ECHOSAT/PDI | VP | (35.94) |
| 10/29/2021 | Direct Debit | PE | (3,760.80) |
| 11/1/2021 | 11012021 AWG | VP | (55,982.55) |
| 11/1/2021 | 16473 TRIPLE STICKS FOODS, LLC | VP | (923.50) |
| 11/1/2021 | 16509 TRIPLE STICKS FOODS, LLC | VP | (533.22) |
| 11/2/2021 | 110221 BELL INSURANCE | VP | (4,016.92) |
| 11/2/2021 | 16475 WEINLAND REF SERVICE INC | VP | (3,600.00) |
| 11/2/2021 | 16476 TRIPLE STICKS FOODS, LLC | VP | (908.00) |
| 11/2/2021 | 110221 phillips 66 | VP | (904.94) |
| 11/2/2021 | 16474 RESTAURANT DEPOT | VP | (798.70) |
| 11/2/2021 | 16477 STAMM PEST CONTROL | VP | (40.00) |
| 11/4/2021 | WEINLAND REF SERVICE INC. | VP | (1,557.23) |
| 11/4/2021 | MIDCONTINENT PAPER | VP | (760.49) |
| 11/4/2021 | Mascoutah Plumbing | VP | (199.62) |
| 11/4/2021 | CLEAN UNIFORM | VP | (44.78) |
| 11/5/2021 | Direct Debit | PE | (4,005.91) |
| 11/8/2021 | 11082021 AWG | VP | (64,550.75) |
| 11/9/2021 | 16479 CITY OF MASCOUTAH | VP | (11,580.90) |
| 11/9/2021 | 16481 CHARTER COMMUNICATIONS | VP | (512.45) |
| 11/9/2021 | 16482 WASTE MANAGEMENT | VP | (335.18) |
| 11/9/2021 | 16484 TOSHIBA AMERICA BUSINESS | VP | (169.97) |
| 11/9/2021 | 110921 USPS | VP | (164.67) |
| 11/10/2021 | 16492 RESTAURANT DEPOT | VP | (867.90) |
| 11/10/2021 | 16478 USPS | VP | (116.00) |

| Date | Description | Type | Amount |
|---|---|---|---|
| 11/11/2021 | SOUTHERN GLAZER'S OF IL | VP | (1,466.10) |
| 11/11/2021 | BREAKTHRU BEVERAGE | VP | (1,356.63) |
| 11/11/2021 | KOERNER DISTRIBUTOR INC. | VP | (1,048.50) |
| 11/11/2021 | MIDCONTINENT PAPER | VP | (890.04) |
| 11/11/2021 | SCHMIDT EQUIPMENT & SUPPLY | VP | (346.70) |
| 11/11/2021 | COAST TO COAST EQUIP & SUPPLIE | VP | (103.91) |
| 11/11/2021 | CLEAN UNIFORM | VP | (70.18) |
| 11/12/2021 | Direct Debit | PE | (3,761.30) |
| 11/12/2021 | 101821 CAPITAL ONE | VP | (347.17) |
| 11/15/2021 | 11152021 AWG | VP | (58,021.38) |
| 11/15/2021 | 16491 CHRISTIAN HEALTHCARE MIN | VP | (1,548.00) |
| 11/15/2021 | 16493 TRIPLE STICKS FOODS, LLC | VP | (1,194.01) |
| 11/15/2021 | 16495 TRIPLE STICKS FOODS, LLC | VP | (964.00) |
| 11/15/2021 | 16524 TRIPLE STICKS FOODS, LLC | VP | (904.97) |
| 11/15/2021 | 16494 TRIPLE STICKS FOODS, LLC | VP | (815.99) |
| 11/15/2021 | 111521 AFLAC | VP | (478.35) |
| 11/15/2021 | 16488 BROTHERS KEEPER | VP | (450.00) |
| 11/15/2021 | 16489 DELTA DENTAL | VP | (292.01) |
| 11/15/2021 | 16490 TRUASSURE | VP | (42.40) |
| 11/18/2021 | PLAB LAWN CARE | VP | (1,000.00) |
| 11/18/2021 | MIDCONTINENT PAPER | VP | (926.73) |
| 11/18/2021 | C.E.C. SERVICES | VP | (640.00) |
| 11/18/2021 | MASCOUTAH ACE HARDWARE | VP | (55.94) |
| 11/18/2021 | CLEAN UNIFORM | VP | (35.26) |
| 11/18/2021 | tylex Inc. | VP | (26.36) |
| 11/19/2021 | Direct Debit | PE | (3,792.42) |
| 11/19/2021 | 110521 kuna | VP | (947.94) |
| 11/19/2021 | 111921 VERIZON | VP | (280.60) |
| 11/22/2021 | 112221 AWG | VP | (59,708.08) |
| 11/22/2021 | 16497 TRIPLE STICKS FOODS, LLC | VP | (1,373.67) |
| 11/22/2021 | 16498 TRIPLE STICKS FOODS, LLC | VP | (1,090.31) |
| 11/22/2021 | 16496 RESTAURANT DEPOT | VP | (690.14) |
| 11/22/2021 | 16499 SWITZER FOODS | VP | (189.55) |
| 11/23/2021 | 16500 SWITZER FOODS | VP | (147.90) |
| 11/25/2021 | SOUTHERN GLAZER'S OF IL | VP | (1,398.19) |
| 11/25/2021 | KOERNER DISTRIBUTOR INC. | VP | (1,063.15) |
| 11/25/2021 | MIDCONTINENT PAPER | VP | (1,062.39) |
| 11/25/2021 | BREAKTHRU BEVERAGE | VP | (916.13) |
| 11/25/2021 | SCHMIDT EQUIPMENT & SUPPLY | VP | (769.08) |
| 11/25/2021 | Herald Publications | VP | (385.60) |
| 11/25/2021 | WEINLAND REF SERVICE INC. | VP | (267.20) |
| 11/25/2021 | R SAX | VP | (220.48) |
| 11/25/2021 | GOODLIN PROCESS SOLUTION LLC | VP | (145.00) |
| 11/25/2021 | CLEAN UNIFORM | VP | (57.81) |
| 11/25/2021 | ATLAS ALARM CO. | VP | (40.00) |
| 11/25/2021 | ECHOSAT/PDI | VP | (35.94) |
| 11/26/2021 | Direct Debit | PE | (3,966.54) |

| Date | Description | Type | Amount |
|---|---|---|---|
| 11/29/2021 | 112921 AWG | VP | (59,571.35) |
| 11/29/2021 | 112921 CAPITAL ONE | VP | (2,108.85) |
| 11/29/2021 | 16501 CHRISTIAN HEALTHCARE MIN | VP | (1,548.00) |
| 11/29/2021 | 112921 phillips 66 | VP | (1,471.79) |
| 11/29/2021 | 112921 HARTFORD INS | VP | (770.85) |
| 11/29/2021 | 16503 DELTA DENTAL | VP | (292.01) |
| 11/29/2021 | 16502 TRUASSURE | VP | (42.40) |
| 11/30/2021 | 16504 RESTAURANT DEPOT | VP | (803.09) |
| 12/1/2021 | 16505 ANDRIA'S STEAK SAUCE | VP | (432.00) |
| 12/1/2021 | 16506 RESTAURANT DEPOT | VP | (56.49) |
| 12/1/2021 | 120121 WISPER ISP, INC | VP | (45.00) |
| 12/2/2021 | 120221 BELL INSURANCE | VP | (4,016.92) |
| 12/2/2021 | WEINLAND REF SERVICE INC. | VP | (3,401.88) |
| 12/2/2021 | SCHMIDT EQUIPMENT & SUPPLY | VP | (2,834.57) |
| 12/2/2021 | MIDCONTINENT PAPER | VP | (1,061.57) |
| 12/2/2021 | CLEAN UNIFORM | VP | (37.07) |
| 12/3/2021 | Direct Debit | PE | (4,134.16) |
| 12/6/2021 | 12062021 AWG | VP | (48,147.94) |
| 12/6/2021 | 16508 TRIPLE STICKS FOODS, LLC | VP | (2,119.56) |
| 12/6/2021 | 16507 TRIPLE STICKS FOODS, LLC | VP | (1,659.45) |
| 12/6/2021 | 16510 SWITZER FOODS | VP | (106.00) |
| 12/6/2021 | 111821 WISPER ISP, INC | VP | (50.00) |
| 12/7/2021 | 16517 CITY OF MASCOUTAH | VP | (9,042.48) |
| 12/7/2021 | 16512 WEINLAND REF SERVICE INC | VP | (2,790.75) |
| 12/7/2021 | 16518 WASTE MANAGEMENT | VP | (335.18) |
| 12/7/2021 | 16521 TOSHIBA AMERICA BUSINESS | VP | (169.97) |
| 12/7/2021 | 16522 WELLS FARGO LEASING | VP | (156.00) |
| 12/7/2021 | 120721 USPS | VP | (142.07) |
| 12/7/2021 | 16514 MJ KELLNER | VP | (71.00) |

Store Account

| Opt | Date | Entry ID | Transaction Description | Src | Op amt | Cost/Value | Op pct | GP % |
|---|---|---|---|---|---|---|---|---|
| N | 9/7/2021 | 491002216 | 5950 GREY EAGLE DIST. | VP | | (1,462.27) | | 0 |
| N | 9/7/2021 | 491002217 | 5951 lipari | VP | | (688.99) | | 0 |
| N | 9/7/2021 | 491002214 | 5948 FRITO-LAY | VP | | (443.03) | | 0 |
| N | 9/7/2021 | 491002215 | 5949 USPS | VP | | (232.00) | | 0 |
| N | 9/7/2021 | 491002218 | 5952 SIB DISTRIBUTING | VP | | (217.40) | | 0 |
| N | 9/8/2021 | 491002221 | 5955 ROBERT CHICK FRITZ INC. | VP | | (1,292.35) | | 0 |
| N | 9/8/2021 | 491002219 | 5953 KOERNER DISTRIBUTOR INC. | VP | | (164.65) | | 0 |
| N | 9/8/2021 | 491002220 | 5954 TRENTON PROCESSING | VP | | (145.68) | | 0 |
| N | 9/9/2021 | 491002222 | 5956 COCA COLA | VP | | (1,044.75) | | 0 |
| N | 9/9/2021 | 491002223 | 5957 FRITO-LAY | VP | | (582.50) | | 0 |
| N | 9/9/2021 | 491002224 | 5958 CHAMBERLAND DIST. INC. | VP | | (336.68) | | 0 |
| N | 9/10/2021 | 491002228 | 5962 EXCEL BOTTLING CO. INC. | VP | | (1,518.23) | | 0 |
| N | 9/10/2021 | 491002226 | 5960 MJ KELLNER | VP | | (501.60) | | 0 |
| N | 9/10/2021 | 491002227 | 5961 BEHRMANN MEAT & PROC. | VP | | (407.54) | | 0 |
| N | 9/10/2021 | 491002225 | 5959 FRITO-LAY | VP | | (274.82) | | 0 |
| N | 9/11/2021 | 491002229 | 5963 PEPSI BEVERAGES CO. | VP | | (1,315.88) | | 0 |
| N | 9/11/2021 | 491002230 | 5964 SUPERIOR PRODUCE | VP | | (611.10) | | 0 |
| N | 9/12/2021 | 491002231 | 5965 FRITO-LAY | VP | | (603.42) | | 0 |
| N | 9/13/2021 | 491002233 | 5967 D & D DIST. | VP | | (843.28) | | 0 |
| N | 9/13/2021 | 491002232 | 5966 lipari | VP | | (749.43) | | 0 |
| N | 9/14/2021 | 491002235 | 5969 GREY EAGLE DIST. | VP | | (1,908.39) | | 0 |
| N | 9/14/2021 | 491002234 | 5968 FRITO-LAY | VP | | (315.14) | | 0 |
| N | 9/15/2021 | 491002237 | 5971 ROBERT CHICK FRITZ INC. | VP | | (2,105.20) | | 0 |
| N | 9/15/2021 | 491002236 | 5970 ALLARE DISTRIBUTION LLC | VP | | (218.40) | | 0 |
| N | 9/16/2021 | 491002240 | 5974 COCA COLA | VP | | (1,532.95) | | 0 |
| N | 9/16/2021 | 491002238 | 5972 FRITO-LAY | VP | | (427.36) | | 0 |
| N | 9/16/2021 | 491002239 | 5973 CHAMBERLAND DIST. INC. | VP | | (317.14) | | 0 |
| N | 9/16/2021 | 491002241 | 5975 SWITZER FOODS | VP | | (247.06) | | 0 |
| N | 9/17/2021 | 491002244 | 5978 PEPSI BEVERAGES CO. | VP | | (865.30) | | 0 |
| N | 9/17/2021 | 491002248 | 5982 ROMA PIZZA WORKS | VP | | (781.20) | | 0 |
| N | 9/17/2021 | 491002245 | 5979 BEHRMANN MEAT & PROC. | VP | | (492.41) | | 0 |
| N | 9/17/2021 | 491002243 | 5977 EXCEL BOTTLING CO. INC. | VP | | (435.75) | | 0 |
| N | 9/17/2021 | 491002242 | 5976 FRITO-LAY | VP | | (384.71) | | 0 |
| N | 9/17/2021 | 491002246 | 5980 SWITZER FOODS | VP | | (260.73) | | 0 |
| N | 9/17/2021 | 491002247 | 5981 HOME CITY ICE | VP | | (220.62) | | 0 |
| N | 9/18/2021 | 491002249 | 5983 SUPERIOR PRODUCE | VP | | (573.00) | | 0 |
| N | 9/19/2021 | 491002254 | 5984 FRITO-LAY | VP | | (460.19) | | 0 |
| N | 9/20/2021 | 491002256 | 5986 lipari | VP | | (1,703.84) | | 0 |
| N | 9/20/2021 | 491002255 | 5985 D & D DIST. | VP | | (860.82) | | 0 |
| N | 9/20/2021 | 491002257 | 5987 SIB DISTRIBUTING | VP | | (316.50) | | 0 |
| N | 9/21/2021 | 491002263 | 5993 ROBERT CHICK FRITZ INC. | VP | | (1,685.10) | | 0 |
| N | 9/21/2021 | 491002259 | 5989 GREY EAGLE DIST. | VP | | (1,385.27) | | 0 |
| N | 9/21/2021 | 491002265 | 5995 CHAMBERLAND DIST. INC. | VP | | (387.12) | | 0 |
| N | 9/21/2021 | 491002260 | 5990 BEHRMANN MEAT & PROC. | VP | | (372.80) | | 0 |
| N | 9/21/2021 | 491002258 | 5988 FRITO-LAY | VP | | (349.23) | | 0 |
| N | 9/21/2021 | 491002264 | 5994 FRITO-LAY | VP | | (328.16) | | 0 |

| N | 9/21/2021 | 491002262 | 5992 KOERNER DISTRIBUTOR INC. | VP | (156.00) | 0 |
|---|---|---|---|---|---|---|
| N | 9/22/2021 | 491002266 | 5996 COCA COLA | VP | (1,739.08) | 0 |
| N | 9/22/2021 | 491002261 | 5991 ST CLAIR COUNTY | VP | (236.00) | 0 |
| N | 9/23/2021 | 491002267 | 5997 EXCEL BOTTLING CO. INC. | VP | (359.24) | 0 |
| N | 9/24/2021 | 491002271 | 6001 MJ KELLNER | VP | (1,035.51) | 0 |
| N | 9/24/2021 | 491002270 | 6000 PEPSI BEVERAGES CO. | VP | (1,027.00) | 0 |
| N | 9/24/2021 | 491002277 | 6007 lipari | VP | (832.69) | 0 |
| N | 9/24/2021 | 491002268 | 5998 FRITO-LAY | VP | (303.59) | 0 |
| N | 9/24/2021 | 491002269 | 5999 BEHRMANN MEAT & PROC. | VP | (181.51) | 0 |
| N | 9/24/2021 | 491002273 | 6003 NOLEN SEPTIC | VP | (150.00) | 0 |
| N | 9/24/2021 | 491002272 | 6002 HOME CITY ICE | VP | (91.60) | 0 |
| N | 9/25/2021 | 491002274 | 6004 SUPERIOR PRODUCE | VP | (1,014.00) | 0 |
| N | 9/25/2021 | 491002276 | 6006 D & D DIST. | VP | (686.98) | 0 |
| N | 9/25/2021 | 491002275 | 6005 FRITO-LAY | VP | (452.45) | 0 |
| N | 9/25/2021 | 491002278 | 6008 SIB DISTRIBUTING | VP | (182.65) | 0 |
| N | 9/28/2021 | 491002281 | 6011 GREY EAGLE DIST. | VP | (1,772.09) | 0 |
| N | 9/28/2021 | 491002282 | 6012 BEHRMANN MEAT & PROC. | VP | (383.04) | 0 |
| N | 9/28/2021 | 491002279 | 6009 FRITO-LAY | VP | (381.89) | 0 |
| N | 9/28/2021 | 491002283 | 6013 joe's pizza | VP | (350.00) | 0 |
| N | 9/28/2021 | 491002280 | 6010 TRENTON PROCESSING | VP | (281.02) | 0 |
| N | 9/29/2021 | 491002285 | 6015 ROBERT CHICK FRITZ INC. | VP | (990.25) | 0 |
| N | 9/29/2021 | 491002284 | 6014 CHAMBERLAND DIST. INC. | VP | (292.78) | 0 |
| N | 9/30/2021 | 491002286 | 6016 COCA COLA | VP | (1,364.46) | 0 |
| N | 9/30/2021 | 491002287 | 6017 FRITO-LAY | VP | (705.21) | 0 |
| N | 10/1/2021 | 491002290 | 6020 PEPSI BEVERAGES CO. | VP | (1,668.24) | 0 |
| N | 10/1/2021 | 491002291 | 6021 ROMA PIZZA WORKS | VP | (470.40) | 0 |
| N | 10/1/2021 | 491002292 | 6022 EXCEL BOTTLING CO. INC. | VP | (330.68) | 0 |
| N | 10/1/2021 | 491002289 | 6019 BEHRMANN MEAT & PROC. | VP | (201.01) | 0 |
| N | 10/1/2021 | 491002288 | 6018 FRITO-LAY | VP | (182.55) | 0 |
| N | 10/2/2021 | 491000866 | SEPTEMBER CLIENT GL | JE | (35,900.00) | 0 |
| N | 10/2/2021 | 491000888 | Bank Payments | JE | (327.47) | 0 |
| N | 10/2/2021 | 491000887 | Bank Deposits | JE | (0.30) | 0 |
| N | 10/2/2021 | 491000881 | Check Variances | JE | (0.08) | 0 |
| N | 10/2/2021 | 491000881 | Check Variances | JE | (0.06) | 0 |
| N | 10/2/2021 | 491000881 | Check Variances | JE | 0.52 | 0 |
| N | 10/2/2021 | 491000881 | Check Variances | JE | 10.00 | 0 |
| N | 10/3/2021 | 491002319 | 6023 FRITO-LAY | VP | (265.18) | 0 |
| N | 10/4/2021 | 491002321 | 6025 D & D DIST. | VP | (697.60) | 0 |
| N | 10/4/2021 | 491002320 | 6024 lipari | VP | (407.45) | 0 |
| N | 10/4/2021 | 491002322 | 6026 SIB DISTRIBUTING | VP | (121.75) | 0 |
| N | 10/5/2021 | 491002323 | 6027 GREY EAGLE DIST. | VP | (1,615.03) | 0 |
| N | 10/5/2021 | 491002325 | 6029 SUPERIOR PRODUCE | VP | (867.25) | 0 |
| N | 10/5/2021 | 491002326 | 6030 FRITO-LAY | VP | (462.27) | 0 |
| N | 10/5/2021 | 491002324 | 6028 BEHRMANN MEAT & PROC. | VP | (327.63) | 0 |
| N | 10/6/2021 | 491002330 | 6034 ROBERT CHICK FRITZ INC. | VP | (2,124.55) | 0 |
| N | 10/6/2021 | 491002329 | 6033 EXCEL BOTTLING CO. INC. | VP | (839.50) | 0 |
| N | 10/6/2021 | 491002328 | 6032 KOERNER DISTRIBUTOR INC. | VP | (387.30) | 0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| N | 10/6/2021 | 491002327 | 6031 ALLARE DISTRIBUTION LLC | VP | (278.08) | 0 |
| N | 10/7/2021 | 491002331 | 6035 COCA COLA | VP | (1,550.14) | 0 |
| N | 10/7/2021 | 491002334 | 6038 EXCEL BOTTLING CO. INC. | VP | (418.73) | 0 |
| N | 10/7/2021 | 491002332 | 6036 CHAMBERLAND DIST. INC. | VP | (366.30) | 0 |
| N | 10/7/2021 | 491002335 | 6039 FRITO-LAY | VP | (307.59) | 0 |
| N | 10/7/2021 | 491002333 | 6037 FRITO-LAY | VP | (222.69) | 0 |
| N | 10/8/2021 | 491002337 | 6041 MJ KELLNER | VP | (1,079.39) | 0 |
| N | 10/8/2021 | 491002341 | 6045 lipari | VP | (927.39) | 0 |
| N | 10/8/2021 | 491002340 | 6044 PEPSI BEVERAGES CO. | VP | (825.45) | 0 |
| N | 10/8/2021 | 491002339 | 6043 BEHRMANN MEAT & PROC. | VP | (344.27) | 0 |
| N | 10/8/2021 | 491002338 | 6042 LONNIE'S TIRE & AUTO | VP | (331.97) | 0 |
| N | 10/8/2021 | 491002336 | 6040 HOME CITY ICE | VP | (220.10) | 0 |
| N | 10/9/2021 | 491002342 | 6046 SUPERIOR PRODUCE | VP | (562.75) | 0 |
| N | 10/11/2021 | 491002343 | 6047 D & D DIST. | VP | (1,007.18) | 0 |
| N | 10/11/2021 | 491002344 | 6049 SIB DISTRIBUTING | VP | (87.60) | 0 |
| N | 10/12/2021 | 491002346 | 6051 GREY EAGLE DIST. | VP | (1,553.18) | 0 |
| N | 10/12/2021 | 491002345 | 6050 FRITO-LAY | VP | (497.69) | 0 |
| N | 10/12/2021 | 491002347 | 6052 BEHRMANN MEAT & PROC. | VP | (210.92) | 0 |
| N | 10/13/2021 | 491002349 | 6054 ROBERT CHICK FRITZ INC. | VP | (1,436.40) | 0 |
| N | 10/13/2021 | 491002348 | 6053 ALLARE DISTRIBUTION LLC | VP | (312.84) | 0 |
| N | 10/14/2021 | 491002350 | 6055 COCA COLA | VP | (1,602.58) | 0 |
| N | 10/14/2021 | 491002352 | 6057 FRITO-LAY | VP | (541.48) | 0 |
| N | 10/14/2021 | 491002351 | 6056 CHAMBERLAND DIST. INC. | VP | (273.74) | 0 |
| N | 10/14/2021 | 491002353 | 6058 EXCEL BOTTLING CO. INC. | VP | (219.73) | 0 |
| N | 10/15/2021 | 491002356 | 6061 PEPSI BEVERAGES CO. | VP | (492.70) | 0 |
| N | 10/15/2021 | 491002355 | 6060 BEHRMANN MEAT & PROC. | VP | (378.28) | 0 |
| N | 10/15/2021 | 491002354 | 6059 FRITO-LAY | VP | (214.24) | 0 |
| N | 10/15/2021 | 491002357 | 6062 HOME CITY ICE | VP | (145.30) | 0 |
| N | 10/16/2021 | 491002358 | 6063 SUPERIOR PRODUCE | VP | (1,307.00) | 0 |
| N | 10/16/2021 | 491002359 | 6064 WINDCREST DAIRY | VP | (142.20) | 0 |
| N | 10/17/2021 | 491002360 | 6065 FRITO-LAY | VP | (116.34) | 0 |
| N | 10/18/2021 | 491002406 | 6067 D & D DIST. | VP | (913.90) | 0 |
| N | 10/18/2021 | 491002405 | 6066 lipari | VP | (512.38) | 0 |
| N | 10/18/2021 | 491002408 | 6069 NOLEN SEPTIC | VP | (250.00) | 0 |
| N | 10/18/2021 | 491002407 | 6068 SIB DISTRIBUTING | VP | (79.30) | 0 |
| N | 10/19/2021 | 491002411 | 6072 GREY EAGLE DIST. | VP | (1,356.67) | 0 |
| N | 10/19/2021 | 491002409 | 6070 FRITO-LAY | VP | (938.03) | 0 |
| N | 10/19/2021 | 491002410 | 6071 BEHRMANN MEAT & PROC. | VP | (350.94) | 0 |
| N | 10/20/2021 | 491002414 | 6075 ROBERT CHICK FRITZ INC. | VP | (1,551.00) | 0 |
| N | 10/20/2021 | 491002412 | 6073 EXCEL BOTTLING CO. INC. | VP | (161.48) | 0 |
| N | 10/20/2021 | 491002311 | 102021 citizens community bank | VP | (119.05) | 0 |
| N | 10/20/2021 | 491002413 | 6074 KOERNER DISTRIBUTOR INC. | VP | (82.40) | 0 |
| N | 10/21/2021 | 491002415 | 6076 COCA COLA | VP | (1,517.21) | 0 |
| N | 10/21/2021 | 491002416 | 6077 FRITO-LAY | VP | (663.31) | 0 |
| N | 10/21/2021 | 491002418 | 6079 SWITZER FOODS | VP | (615.01) | 0 |
| N | 10/21/2021 | 491002417 | 6078 CHAMBERLAND DIST. INC. | VP | (300.86) | 0 |
| N | 10/21/2021 | 491002419 | 6080 SWITZER FOODS | VP | (210.35) | 0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| N | 10/21/2021 | 491002420 | 6081 HOME CITY ICE | VP | (140.63) | 0 |
| N | 10/22/2021 | 491002422 | 6083 ROMA PIZZA WORKS | VP | (540.60) | 0 |
| N | 10/22/2021 | 491002421 | 6082 FRITO-LAY | VP | (306.83) | 0 |
| N | 10/23/2021 | 491002423 | 6084 SUPERIOR PRODUCE | VP | (828.00) | 0 |
| N | 10/24/2021 | 491002424 | 6085 FRITO-LAY | VP | (293.43) | 0 |
| N | 10/25/2021 | 491002425 | 6086 D & D DIST. | VP | (722.91) | 0 |
| N | 10/25/2021 | 491002426 | 6087 lipari | VP | (482.09) | 0 |
| N | 10/25/2021 | 491002427 | 6088 SIB DISTRIBUTING | VP | (212.55) | 0 |
| N | 10/26/2021 | 491002431 | 6092 GREY EAGLE DIST. | VP | (1,413.72) | 0 |
| N | 10/26/2021 | 491002430 | 6091 PEPSI BEVERAGES CO. | VP | (912.25) | 0 |
| N | 10/26/2021 | 491002429 | 6090 BEHRMANN MEAT & PROC. | VP | (342.99) | 0 |
| N | 10/26/2021 | 491002428 | 6089 FRITO-LAY | VP | (315.24) | 0 |
| N | 10/27/2021 | 491002433 | 6094 ROBERT CHICK FRITZ INC. | VP | (2,321.00) | 0 |
| N | 10/27/2021 | 491002432 | 6093 ALLARE DISTRIBUTION LLC | VP | (370.32) | 0 |
| N | 10/28/2021 | 491002435 | 6096 COCA COLA | VP | (1,611.71) | 0 |
| N | 10/28/2021 | 491002436 | 6097 FRITO-LAY | VP | (556.04) | 0 |
| N | 10/28/2021 | 491002438 | 6099 USPS | VP | (320.00) | 0 |
| N | 10/28/2021 | 491002437 | 6098 SWITZER FOODS | VP | (275.78) | 0 |
| N | 10/28/2021 | 491002434 | 6095 CHAMBERLAND DIST. INC. | VP | (241.58) | 0 |
| N | 10/29/2021 | 491002441 | 6102 PEPSI BEVERAGES CO. | VP | (852.55) | 0 |
| N | 10/29/2021 | 491002439 | 6100 FRITO-LAY | VP | (463.96) | 0 |
| N | 10/29/2021 | 491002440 | 6101 BEHRMANN MEAT & PROC. | VP | (366.29) | 0 |
| N | 10/29/2021 | 491002445 | 102921 citizens community bank | VP | (60.00) | 0 |
| N | 10/31/2021 | 491002443 | 6104 SUPERIOR PRODUCE | VP | (964.50) | 0 |
| N | 10/31/2021 | 491002442 | 6103 EXCEL BOTTLING CO. INC. | VP | (454.25) | 0 |
| N | 10/31/2021 | 491002446 | 6106 FRITO-LAY | VP | (427.48) | 0 |
| N | 10/31/2021 | 491002444 | 6105 HOME CITY ICE | VP | (108.90) | 0 |
| N | 11/1/2021 | 491002448 | 6108 lipari | VP | (1,666.16) | 0 |
| N | 11/1/2021 | 491002447 | 6107 D & D DIST. | VP | (811.52) | 0 |
| N | 11/1/2021 | 491002449 | 6109 SIB DISTRIBUTING | VP | (191.95) | 0 |
| N | 11/2/2021 | 491002453 | 6113 GREY EAGLE DIST. | VP | (1,268.24) | 0 |
| N | 11/2/2021 | 491002452 | 6112 BEHRMANN MEAT & PROC. | VP | (292.96) | 0 |
| N | 11/2/2021 | 491002450 | 6110 FRITO-LAY | VP | (263.52) | 0 |
| N | 11/2/2021 | 491002451 | 6111 TRENTON PROCESSING | VP | (215.24) | 0 |
| N | 11/3/2021 | 491002456 | 6116 ROBERT CHICK FRITZ INC. | VP | (1,315.60) | 0 |
| N | 11/3/2021 | 491002454 | 6114 ALLARE DISTRIBUTION LLC | VP | (267.24) | 0 |
| N | 11/3/2021 | 491002455 | 6115 KOERNER DISTRIBUTOR INC. | VP | (108.80) | 0 |
| N | 11/4/2021 | 491002457 | 6117 COCA COLA | VP | (1,329.82) | 0 |
| N | 11/4/2021 | 491002460 | 6120 EXCEL BOTTLING CO. INC. | VP | (1,292.70) | 0 |
| N | 11/4/2021 | 491002458 | 6118 FRITO-LAY | VP | (402.20) | 0 |
| N | 11/4/2021 | 491002459 | 6119 CHAMBERLAND DIST. INC. | VP | (245.56) | 0 |
| N | 11/5/2021 | 491002464 | 6124 PEPSI BEVERAGES CO. | VP | (1,554.20) | 0 |
| N | 11/5/2021 | 491002461 | 6121 FRITO-LAY | VP | (435.65) | 0 |
| N | 11/5/2021 | 491002463 | 6123 BEHRMANN MEAT & PROC. | VP | (243.02) | 0 |
| N | 11/5/2021 | 491002462 | 6122 HOME CITY ICE | VP | (45.80) | 0 |
| N | 11/7/2021 | 491002465 | 6125 FRITO-LAY | VP | (274.13) | 0 |
| N | 11/8/2021 | 491002466 | 6126 D & D DIST. | VP | (714.52) | 0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| N | 11/8/2021 | 491002467 | 6127 SUPERIOR PRODUCE | VP | (706.75) | 0 |
| N | 11/8/2021 | 491002468 | 6128 lipari | VP | (672.04) | 0 |
| N | 11/9/2021 | 491002469 | 6129 GREY EAGLE DIST. | VP | (878.96) | 0 |
| N | 11/9/2021 | 491002471 | 6131 FRITO-LAY | VP | (702.58) | 0 |
| N | 11/9/2021 | 491002470 | 6130 BEHRMANN MEAT & PROC. | VP | (396.95) | 0 |
| N | 11/10/2021 | 491002473 | 6133 ROBERT CHICK FRITZ INC. | VP | (1,345.55) | 0 |
| N | 11/10/2021 | 491002472 | 6132 SIB DISTRIBUTING | VP | (112.70) | 0 |
| N | 11/11/2021 | 491002474 | 6134 COCA COLA | VP | (1,555.49) | 0 |
| N | 11/11/2021 | 491002477 | 6136 EXCEL BOTTLING CO. INC. | VP | (444.20) | 0 |
| N | 11/11/2021 | 491002475 | 6135 CHAMBERLAND DIST. INC. | VP | (368.20) | 0 |
| N | 11/12/2021 | 491002480 | 6139 PEPSI BEVERAGES CO. | VP | (556.90) | 0 |
| N | 11/12/2021 | 491002479 | 6138 BEHRMANN MEAT & PROC. | VP | (549.60) | 0 |
| N | 11/12/2021 | 491002481 | 6140 ROMA PIZZA WORKS | VP | (457.80) | 0 |
| N | 11/12/2021 | 491002478 | 6137 FRITO-LAY | VP | (196.28) | 0 |
| N | 11/14/2021 | 491002482 | 6141 FRITO-LAY | VP | (252.84) | 0 |
| N | 11/15/2021 | 491002483 | 6142 D & D DIST. | VP | (773.51) | 0 |
| N | 11/15/2021 | 491002528 | 6143 lipari | VP | (131.33) | 0 |
| N | 11/16/2021 | 491002529 | 6145 GREY EAGLE DIST. | VP | (1,556.75) | 0 |
| N | 11/16/2021 | 491002527 | 6144 FRITO-LAY | VP | (749.25) | 0 |
| N | 11/16/2021 | 491002530 | 6146 BEHRMANN MEAT & PROC. | VP | (419.04) | 0 |
| N | 11/16/2021 | 491002531 | 6147 GREY EAGLE DIST. | VP | (320.00) | 0 |
| N | 11/17/2021 | 491002533 | 6149 ROBERT CHICK FRITZ INC. | VP | (1,654.35) | 0 |
| N | 11/17/2021 | 491002532 | 6148 KOERNER DISTRIBUTOR INC. | VP | (185.30) | 0 |
| N | 11/17/2021 | 491002534 | 6150 BREAKTHRU BEVERAGE | VP | (71.95) | 0 |
| N | 11/18/2021 | 491002476 | 6151 COCA COLA | VP | (1,501.66) | 0 |
| N | 11/18/2021 | 491002539 | 6156 joe's pizza | VP | (812.00) | 0 |
| N | 11/18/2021 | 491002535 | 6152 FRITO-LAY | VP | (379.83) | 0 |
| N | 11/18/2021 | 491002537 | 6154 CHAMBERLAND DIST. INC. | VP | (343.38) | 0 |
| N | 11/18/2021 | 491002538 | 6155 EXCEL BOTTLING CO. INC. | VP | (332.96) | 0 |
| N | 11/18/2021 | 491002536 | 6153 HOME CITY ICE | VP | (112.70) | 0 |
| N | 11/19/2021 | 491002540 | 6157 PEPSI BEVERAGES CO. | VP | (820.95) | 0 |
| N | 11/19/2021 | 491002542 | 6159 D & D DIST. | VP | (589.94) | 0 |
| N | 11/19/2021 | 491002541 | 6158 BEHRMANN MEAT & PROC. | VP | (494.34) | 0 |
| N | 11/20/2021 | 491002543 | 6160 SUPERIOR PRODUCE | VP | (1,054.25) | 0 |
| N | 11/20/2021 | 491002544 | 6161 citizens community bank | VP | (50.00) | 0 |
| N | 11/21/2021 | 491002545 | 6162 FRITO-LAY | VP | (479.91) | 0 |
| N | 11/22/2021 | 491002547 | 6164 COCA COLA | VP | (1,359.57) | 0 |
| N | 11/22/2021 | 491002546 | 6163 lipari | VP | (762.51) | 0 |
| N | 11/22/2021 | 491002548 | 6165 SIB DISTRIBUTING | VP | (174.90) | 0 |
| N | 11/23/2021 | 491002553 | 6170 ROBERT CHICK FRITZ INC. | VP | (2,486.90) | 0 |
| N | 11/23/2021 | 491002551 | 6168 GREY EAGLE DIST. | VP | (1,524.62) | 0 |
| N | 11/23/2021 | 491002549 | 6166 FRITO-LAY | VP | (537.88) | 0 |
| N | 11/23/2021 | 491002550 | 6167 ALLARE DISTRIBUTION LLC | VP | (486.42) | 0 |
| N | 11/23/2021 | 491002552 | 6169 TRENTON PROCESSING | VP | (198.96) | 0 |
| N | 11/24/2021 | 491002555 | 6172 EXCEL BOTTLING CO. INC. | VP | (447.00) | 0 |
| N | 11/24/2021 | 491002554 | 6171 CHAMBERLAND DIST. INC. | VP | (346.72) | 0 |
| N | 11/26/2021 | 491002558 | 6175 PEPSI BEVERAGES CO. | VP | (876.95) | 0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| N | 11/26/2021 | 491002557 | 6174 BEHRMANN MEAT & PROC. | VP | (503.36) | 0 |
| N | 11/26/2021 | 491002556 | 6173 FRITO-LAY | VP | (441.16) | 0 |
| N | 11/27/2021 | 491002559 | 6176 SUPERIOR PRODUCE | VP | (762.25) | 0 |
| N | 11/28/2021 | 491002571 | 6177 FRITO-LAY | VP | (372.44) | 0 |
| N | 11/29/2021 | 491002573 | 6179 lipari | VP | (970.34) | 0 |
| N | 11/29/2021 | 491002572 | 6178 D & D DIST. | VP | (650.45) | 0 |
| N | 11/29/2021 | 491002574 | 6180 SIB DISTRIBUTING | VP | (164.60) | 0 |
| N | 11/30/2021 | 491002576 | 6182 GREY EAGLE DIST. | VP | (1,310.54) | 0 |
| N | 11/30/2021 | 491002575 | 6181 FRITO-LAY | VP | (696.84) | 0 |
| N | 11/30/2021 | 491002577 | 6183 BEHRMANN MEAT & PROC. | VP | (309.31) | 0 |
| N | 11/30/2021 | 491002578 | 113021 citizens community bank | VP | (60.00) | 0 |
| N | 12/1/2021 | 491002581 | 6186 ROBERT CHICK FRITZ INC. | VP | (726.35) | 0 |
| N | 12/1/2021 | 491002579 | 6184 HOME CITY ICE | VP | (235.54) | 0 |
| N | 12/1/2021 | 491002580 | 6185 KOERNER DISTRIBUTOR INC. | VP | (48.90) | 0 |
| N | 12/2/2021 | 491002584 | 6189 COCA COLA | VP | (1,791.95) | 0 |
| N | 12/2/2021 | 491002582 | 6187 FRITO-LAY | VP | (511.52) | 0 |
| N | 12/2/2021 | 491002583 | 6188 CHAMBERLAND DIST. INC. | VP | (219.80) | 0 |
| N | 12/2/2021 | 491002585 | 6190 EXCEL BOTTLING CO. INC. | VP | (176.75) | 0 |
| N | 12/3/2021 | 491002590 | 6195 ROMA PIZZA WORKS | VP | (1,126.80) | 0 |
| N | 12/3/2021 | 491002587 | 6192 PEPSI BEVERAGES CO. | VP | (861.45) | 0 |
| N | 12/3/2021 | 491002586 | 6191 FRITO-LAY | VP | (521.61) | 0 |
| N | 12/3/2021 | 491002588 | 6193 BEHRMANN MEAT & PROC. | VP | (413.79) | 0 |
| N | 12/3/2021 | 491002589 | 6194 ST CLAIR COUNTY | VP | (160.50) | 0 |
| N | 12/4/2021 | 491002591 | 6196 SUPERIOR PRODUCE | VP | (547.50) | 0 |
| N | 12/4/2021 | 491002592 | 6197 WINDCREST DAIRY | VP | (118.30) | 0 |
| N | 12/6/2021 | 491002596 | 6201 FRITO-LAY | VP | (507.05) | 0 |
| N | 12/6/2021 | 491002593 | 6198 D & D DIST. | VP | (490.20) | 0 |
| N | 12/6/2021 | 491002594 | 6199 USPS | VP | (232.00) | 0 |
| N | 12/6/2021 | 491002595 | 6200 NOLEN SEPTIC | VP | (200.00) | 0 |
| N | 12/7/2021 | 491002597 | 6202 GREY EAGLE DIST. | VP | (1,205.62) | 0 |
| N | 12/7/2021 | 491002598 | 6203 BEHRMANN MEAT & PROC. | VP | (263.77) | 0 |

| Debtor | **Norrenberns Foods, Inc.** | Case number *(if known)* | **21-30825** |
|---|---|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ☒ None

   | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
   |---|---|---|---|

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ☒ None

    | Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
    |---|---|---|---|

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

    | | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
    |---|---|---|---|---|
    | 11.1. | **Goldenberg Heller & Antognoli, P.C.**<br>**2227 South State Route 157**<br>**Edwardsville, IL 62025** | | **12/8/2022** | **$6,738.00** |
    | | Email or website address | | | |
    | | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ☒ None.

    | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
    |---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☒ None.

    | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
    |---|---|---|---|

| Debtor | **Norrenberns Foods, Inc.** | Case number *(if known)* | **21-30825** |
|---|---|---|---|

### Part 7: Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

### Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

| Official Form 207 | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy | page **4** |
|---|---|---|

| Debtor | Norrenberns Foods, Inc. | Case number (if known) | 21-30825 |
|---|---|---|---|

| ☒ None | | | |
|---|---|---|---|
| **Facility name and address** | **Names of anyone with access to it** | **Description of the contents** | **Do you still have it?** |

### Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| **Owner's name and address** | **Location of the property** | **Describe the property** | **Value** |
|---|---|---|---|
| Associated Wholesale Grocers<br>5000 Kansas Avenue<br>Kansas City, KS 66106 | Debtor's Possession | Perishable Agricultural Commodities and proceeds subject to statutory trust. Amounts change daily | Unknown |

### Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ☒ No.
   ☐ Yes. Provide details below.

| **Case title**<br>**Case number** | **Court or agency name and address** | **Nature of the case** | **Status of case** |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ☒ No.
   ☐ Yes. Provide details below.

| **Site name and address** | **Governmental unit name and address** | **Environmental law, if known** | **Date of notice** |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ☒ No.
   ☐ Yes. Provide details below.

| **Site name and address** | **Governmental unit name and address** | **Environmental law, if known** | **Date of notice** |
|---|---|---|---|

### Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

| Debtor | **Norrenberns Foods, Inc.** | Case number *(if known)* | **21-30825** |
|---|---|---|---|

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>**Dates business existed** |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **FMS Solution**<br>**800 Corporate Drive**<br>**Suite 350**<br>**Fort Lauderdale, FL 33334** | **Varioius** |
| 26a.2. **Rickhoff & Associates**<br>**1107 Frontage Road**<br>**O Fallon, IL 62269** | **Various** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **FMS Solution**<br>**800 Corporate Drive**<br>**Suite 350**<br>**Fort Lauderdale, FL 33334** | |
| 26c.2. **Rickhoff & Associates**<br>**1107 Frontage Road**<br>**O Fallon, IL 62269** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

    | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
    |---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in

| Debtor | **Norrenberns Foods, Inc.** | Case number *(if known)* | **21-30825** |
|---|---|---|---|

control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

- ■ No
- ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ■ No
- ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January  6, 2022**

**/s/ Donald T. Norrenberns**                                         **Donald T. Norrenberns**
Signature of individual signing on behalf of the debtor              Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes